Eastern District of Kentucky
**FILED**

SEP 08 2016

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION
## COVINGTON

CRIMINAL ACTION NO. 16-33-ART-CJS

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

V.                    **MOTION OF UNITED STATES**
                      **FOR ISSUANCE OF ARREST WARRANT**

**MARIE ANTIONETTE CASTELLI**                                    **DEFENDANT**

\* \* \* \* \*

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, Marie Antoinette Castelli, returnable forthwith.

Respectfully submitted,

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: _____
Robert K. McBride
Assistant United States Attorney
207 Grandview Drive, Suite 400
Ft. Mitchell, Kentucky 41017
(859) 652-7033
Robert.McBride@usdoj.gov