# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION
### AT COVINGTON

**COV. CRIM 16-33-ART-CJS**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                                                    **ORDER**

**MARIE ANTOINETTE CASTELLI**                                        **DEFENDANT**

* * * * * * * * * * * * *

This matter is before the court on the parties' Joint Motion to Continue (R. 13), wherein they request the Court continue the trial and all associated deadlines in the case to provide time for defense counsel to review the extensive discovery.  The Court finds that a hearing on the Joint Motion is appropriate.

Accordingly, **IT IS ORDERED** that the Joint Motion to Continue shall be heard on **Wednesday, October 5, 2016, at 2:00 p.m.** before the undersigned.  Defendant shall be present for this proceeding.

Signed this 29th day of September, 2016.



Signed By:

_Candace J. Smith_

**United States Magistrate Judge**

J:\DATA\Orders\criminal cov\2016\16-33-ART-CJS- order for jt mtn hearg.wpd