UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at COVINGTON
Criminal Minutes - Telephonic Motion Conference

CASE NO. 2:16 cr-33-ART-CJS        At  COVINGTON                    5/24/2017

**Style:**  United States v. Marie Antoinette Castelli

PRESENT:    **HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

**Lynn Voskuhl**         **KYED-COV_2-16-cr-33-ART-CJS-20170524_102434**
Deputy Clerk             Audio File Number

I, Lynn Voskuhl, CERTIFY the official record of this proceeding is an audio file.

**PLAINTIFF:**                              **ATTORNEY:**
United States                               Robert McBride

**DEFENDANT:**
Marie Antoinette Castelli [not present]     James West

**PROCEEDINGS:**    **TELEPHONIC MOTION CONFERENCE**

On May 24, 2017, the Court held a Telephone Motion Conference to discuss Government's Motion to Modify the Order for Transport to FMC Carswell. [R.55]. The Court having heard from counsel regarding the motion and finds the unopposed motion reasonable, and being otherwise sufficiently advised;

**IT IS ORDERED as follows:**

   1.   Government's Motion to Modify the Order for Transport to FMC Carswell [R.55] is hereby **granted.**  Defendant shall have restricted access, directly or indirectly, to the internet as well as to FMC Carswell's Trulinc email system while in their custody.

   2.   Government shall provide a copy of these minutes to FMC Carswell.

**Signed By:**

*Candace J. Smith*

**United States Magistrate Judge**

| TIC | 14 |
|---|---|

Deputy Clerks Initials: (lv)