UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at COVINGTON

CRIMINAL CASE NO. 16-33-DLB-CJS

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                              **ORDER**

MARIE ANTOINETTE CASTELLI                                   DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

Upon the Court's own motion,

**IT IS ORDERED** that the May 30, 2017, letter from the Warden at FMC Carswell, received by the Court on June 1, 2017, shall be filed of record.

Dated this 6th day of June, 2017.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\criminal cov\2016\16-33 order to file Warden's letter.wpd