

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Medical Center, Carswell*

*P.O. Box 27066*
*"J" Street - Building 3000*
*Fort Worth, Texas 76127*

May 30, 2017

The Honorable Candace J. Smith
United States Magistrate Judge
US District Court
35 West 5th Street
Covington, KY 41011

RE:   Castelli, Marie Antoinette
      Reg. No.: 21105-032
      Criminal Case No.: 16-33-ART-CJS

Dear Judge Smith:

In accordance with your Order of May 15, 2017, and pursuant to the provision of Title 18, United States Code, Section 4241(b), Ms. Castelli arrived at the Federal Medical Center (FMC), Carswell on May 23, 2017. In compliance with your Order, our staff will complete her evaluation by June 22, 2017, and a written report will be submitted to the Court within two weeks of that date.

If we may be of further assistance to the Court in this matter, please contact me or Amor Correa, Ph.D., Forensic Psychologist at (817) 782-4349.

Sincerely,

Jody R. Upton
Warden