UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
Criminal Minutes - Arraignment/Plea

Cov. Cr. **17-49-DLB-CJS & 16-33-DLB-CJS**   at **COVINGTON**   **11/22/2017**

US. vs. **MARIE ANTOINETTE CASTELLI**   Present **X**   Custody **X**   Age **57**

PRESENT: **HON. DAVID L. BUNNING, JUDGE**

| **Lynn Voskuhl** | **Lisa Wiesman** | **Robert McBride** |
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

**James West**
Attorney for Defendant      **X** Present      **X** Appointed

**The Court judicially appointed Attorney James West to represent Defendant in case number 17-cr-49.**

**Defendant was placed under oath, questioned by the Court and was found competent to enter a plea. The plea is accepted and the Defendant is adjudged guilty of the charges contained in the Information.**

**United States will move to dismiss Criminal Case No. 16-cr-33 at sentencing in case number 17-cr-49.**

**X** Waiver of Indictment filed.   **X** Information filed.
**X** Copy of Information given to Defendant.
**X** Defendant formally arraigned & specifically advised of rights, pursuant to Rule 11, F.R.Cr.P.
**X** Information read to Defendant.
**X** Sufficient factual basis for guilty plea.
**X** Defendant PLEADS **X** GUILTY TO INFORMATION.
**X** Plea Agreement filed in the record.
**X** Court orders Presentence Report, with copies to be furnished to counsel and the Defendant, pursuant to Rule 32 F.R.Cr.P.
**X** Pretrial and Trial dates of **December 7, 2017 and January 16, 2018** are VACATED in case number 16-cr-33.
**X** Defendant remanded to the custody of the U.S. Marshal pending sentencing.
**X** Case continued until **March 23, 2018 at 10:00 a.m. at Covington** for sentencing, subject to intervening orders of the court.

cc: USA/USPO/USM/COR                                        Deputy Clerk Init. **lv**

TIC:  1 hr.

K:\DATA\ORDERS\Covington Criminal\2017\17-49 plea minutes 11-22-17.docx